BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOUKONE VONGDENG )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF SSA )<br>)<br>Defendant. )<br>) | Case No. 15-1071 CKD<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from November 19, 2015, to December 18, 2015, with all other deadlines extended accordingly. This extension is required due to the counsel's crowded briefing schedule.

/

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 17, 2015 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |

Dated: November 17, 2015      Benjamin B. Wagner
                              United States Attorney

                              Deborah Lee Stachel
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                              /s/ Francesco Benavides

                              FRANCESCO BENAVIDES
                              Special Assistant United States Attorney
                              Of Counsel: Amanda Schapel
                              Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

Dated:   November 20, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE