BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOUKONE VONGDENG ) | Case No. 15-1071 CKD |
| ) | |
| ) | **STIPULATION AND** |
| ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** ) | **TIME TO FILE SUMMARY** |
| ) | **JUDGEMENT MOTION** |
| v. ) | |
| ) | |
| COMMISSIONER OF SSA ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from    December 18, 2015, to January 22, 2016, with all other deadlines extended accordingly.    This extension is required due to the counsel's need to file a brief in an older case with the same due date.

//

//

//

1

| | |
|---|---|
| Dated: December 18, 2015 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: December 18, 2015 | Benjamin B. Wagner<br>United States Attorney |
| | Deborah Lee Stachel<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | /s/ Francesco Benavides<br>FRANCESCO BENAVIDES<br>Special Assistant United States Attorney<br>Of Counsel: Amanda Schapel<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   December 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE