BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOUKONE VONGDENG ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SSA ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No. 15-1071 CKD <br><br> STIPULATIONAND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from   January 22, 2016, to February 5, 2016, with all other deadlines extended accordingly.   This extension is required due to counsel's crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated:   January 25, 2016                  /s/Bess M. Brewer
                                           BESS M. BREWER
                                           Attorney at Law

                                           Attorney for Plaintiff


Dated: January 25, 2016                    Benjamin B. Wagner
                                           United States Attorney

                                           Deborah Lee Stachel
                                           Acting Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           /s/ Jennifer Tarn
                                           JENNIFER TARN

                                           Special Assistant United States Attorney
                                           Of Counsel: Amanda Schapel

                                           Attorneys for Defendant




                                           **ORDER**

APPROVED AND SO ORDERED.

Dated:   January 27, 2016
                                           _____
                                           CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

2