BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8957
    Facsimile: (415) 744-0134
    E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NOUKONE VONGDENG, ) | Case No.: 2:15-CV-01071-CKD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | EXTENSION OF TIME FOR DEFENDANT |
| vs. ) | TO FILE OPPOSITION TO PLAINTIFF'S |
| ) | MOTION FOR SUMMARY JUDGMENT |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 9, 2016, to April 11, 2016. This is Defendant's first request for extension. Defendant respectfully requests additional time following recent reassignment of the case in order to adequately research and analyze the issues presented by Plaintiff. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 23, 2016         */s/ *Bess Brewer*
                                 (*as authorized by email on February 22, 2016)
                                 BESS M. BREWER
                                 Attorney for Plaintiff

Dated: February 23, 2016         BENJAMIN B. WAGNER
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Acting Regional Chief Counsel, Region IX,
                                 Social Security Administration

                        By:      */s/ Roya Massoumi*
                                 ROYA MASSOUMI
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:


Dated: February 26, 2016         _____
                                 CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE