BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8957
    Facsimile: (415) 744-0134
    E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| NOUKONE VONGDENG, | Case No.: 2:15-CV-01071-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 11, 2016, to **May 2, 2016**. This is Defendant's second request for extension of time. Defendant respectfully requests additional time following a recent unexpected death in counsel for Defendant's family. Defendant makes this request in good faith with no intention to unduly delay the proceedings.

////

Stip. & Prop. Order to Extend 2:15-CV-01071-CKD    1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:      April 7, 2016                         /s/ *Bess Brewer
                                                  (*as authorized by email on April 6, 2016)
                                                  BESS M. BREWER
                                                  Attorney for Plaintiff

Dated:      April 7, 2016                         BENJAMIN B. WAGNER
                                                  United States Attorney
                                                  DEBORAH LEE STACHEL
                                                  Acting Regional Chief Counsel, Region IX,
                                                  Social Security Administration

                                         By:      /s/  Roya Massoumi
                                                  ROYA MASSOUMI
                                                  Special Assistant U.S. Attorney
                                                  Attorneys for Defendant

                                                  Of Counsel:
                                                  TINA L. NAICKER
                                                  Assistant Regional Counsel
                                                  Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  April 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE